**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Issy AVILA–BAULE, Defendant–**
**Appellant.**

No. 14–40358
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 2, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Issy Avila–Baule appeals her 36–month within-guidelines sentence for illegal reentry after deportation. She claims that the district court plainly erred in applying the eight-level enhancement under U.S.S.G. § 2L1.2(b)(1)(C) based on a finding that her Texas conviction of felony theft was an aggravated felony. She contends that Texas's theft statute encompasses conduct broader than the generic, contemporary

definition of theft because the Texas statute includes the appropriation of property when it is with consent that has been induced through deception or coercion. In *United States v. Rodriguez–Salazar*, 768 F.3d 437, 438 (5th Cir.2014), we rejected that theory and held that the Texas theft statute, as set forth in Texas Penal Code § 31.03, "does not deviate from the generic crime of theft."

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.